IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SALES MARKETING SERVICES, L.L.C.             PLAINTIFF

NO. 05-5166

ROYAL CENTURIAN, INC.             DEFENDANT

<u>CLERK'S ORDER OF DISMISSAL</u>

On this 6th of February, 2007, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


BY    /s/ Connie Test
Deputy Clerk